IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL<br>19508 Brassie Place<br>Gaithersburg, MD 20879,<br><br>    Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 20001,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 05-1696 (PLF)<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR PARTIAL DISMISSAL

Comes now the Defendant, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), moves the Court for an order dismissing the claims of age discrimination and retaliation in violation of the Age Discrimination in Employment Act (ADEA) contained in the complaint. Because the Defendant is immune from those claims, as to the ADEA claims, the complaint fails to state a claim upon which relief can be granted. The accompanying Points and Authorities in Support of Motion fully explains the basis of this motion.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Bruce P. Heppen #252171
Associate General Counsel

Attorney for WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL : | |
| 19508 Brassie Place | |
| Gaithersburg, MD 20879, : | |
| Plaintiff, : | |
| v. | C.A. No. 05-1696 (PLF) |
| : | |
| WASHINGTON METROPOLITAN | |
| AREA TRANSIT AUTHORITY : | |
| 600 5th St., N.W. | |
| Washington, D.C. 20001, : | |
| Defendant. : | |

### POINTS AND AUTHORITIES IN SUPPORT OF PARTIAL MOTION TO DISMISS

The Plaintiff has filed suit against the Defendant (WMATA) alleging that the Defendant violated Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621, et seq, in subjecting him to a reduction in force. However, because the Defendant is immune from ADEA claims, this suit must be dismissed. See Jones v. Washington Metropolitan Area Transit Authority, 205 F.3d 428, 431-32 (D.C. Cir. 2000). In Jones, the D.C. Circuit recognized that Maryland, Virginia and the District of Columbia, in enacting the WMATA Compact, had conferred their respective sovereign immunities upon WMATA, including their immunity under the Eleventh Amendment to the Constitution. 205 F.3d at 432. The Jones court applied the Supreme Court's holding in Kimel v. Florida Bd. of Regents, 528 U.S. 62, 120 S.Ct. 631, 145 L.Ed. 2d 522 (2000), and vacated damages awarded to the plaintiff under the ADEA. In

1

Kimel, the Court held that, in enacting the ADEA, Congress had exceeded its authority when it sought to 'abrogate' states' Eleventh Amendment immunities from suit. Judge Harris of this District Court applied Jones to dismiss ADEA claims:

> Plaintiff sued WMATA for age discrimination on the basis of the ADEA, legislation which purportedly abrogated state sovereign immunity. The Supreme Court's decision in Kimel, however, held that the ADEA did not abrogate the states' sovereign immunity. The Kimel decision adequately discusses the rationale for this conclusion, and the Court need not provide further analysis. Furthermore, this Circuit recently decided that, under the reasoning of Kimel, WMATA is immune from suit under the ADEA. Jones v. WMATA, 340 U.S. App. D.C. 320, 205 F.3d 428 (D.C. Cir. 2000). n4 In light of these decisions, the Court finds that WMATA is immune from ADEA claims in this court

Taylor v. Washington Metro. Area Transit Auth., 109 F. Supp. 2d 11, 13-14 (D.D.C. 2000), aff'd on summary affirmance, 2000 U.S. App. LEXIS 35427 (D.C. Cir. Dec. 20, 2000).

For the foregoing reasons, the ADEA claims should be dismissed with prejudice.

                        Respectfully Submitted,

                        Bruce P. Heppen #252171
                        Associate General Counsel

                        Attorney for WMATA
                        600 Fifth Street, N.W.
                        Washington, D.C. 20001
                        (202) 962-2569