IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL | : |
|     Plaintiff, | : |
| v. | C.A. No. 05-1696 (PLF) |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
|     Defendant. | : |

**O R D E R**

Upon Motion of the Defendant pursuant to Fed. R. Civ. P. 12(b), and any response thereto, Court having considered the pleadings, it is this _____ day of _____, 2005 hereby

ORDERED that the ADEA claims asserted in the complaint are and shall be DISMISSED with prejudice. The Defendant is immune from the ADEA claims in issue. See <u>Jones v. WMATA</u>, 205 F.3d. 428 (D.C. Cir. 2000).

                                                                  _____
                                                                  The Honorable Paul L. Friedman
                                                                  United States District Court Judge