UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1696 (PLF) |

**Proposed Scheduling Order**

UPON CONSIDERATION of the Parties' LCvR 16.3 Report and the entire record herein, it is this _____ day of _____, 2005, hereby ordered that:

1. Initial disclosures must be served by Thursday, December 1, 2005.

2. Proponent Expert witness reports shall be submitted 90 days prior to the trial date.
   a. Respondent expert witness reports shall be submitted 30 days following the proponent's report.

3. **Discovery shall conclude on Monday, May 22, 2006**

4. Any motion for summary judgment must be filed with the court no later than **Thursday, July 6, 2006**. Any opposition to a motion for summary judgment must be filed with the court no later than **Monday, August 7, 2006.** Replies in support of a filed motion for summary judgment must be filed with the court no later than **Tuesday, August 18, 2006**

.

_____
Hon. Paul L. Friedman
United States District Judge
for the District of Columbia