UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL )<br>)<br>)<br>    Plaintiff, )<br>) Civil Action No. 05-1696 (PLF)<br>    v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>)<br>    Defendant. )<br>_____) | |

CONSENT MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff hereby moves for leave to file an Amended Complaint in compliance with the Court's Order of November 23, 2005. Since Plaintiff has dismissed his Age Discrimination in Employment Act (ADEA) claim, it was appropriate to remove all references to such in an Amended Complaint. Pursuant to the Court's direction, Plaintiff presented the attached Amended Complaint to Defendant's counsel, who consented to the filing of the Amended Complaint as presented here.

Respectfully Submitted,

_____
Gary T. Brown
D.C. Bar No. 246314
Gary T. Brown & Associates, P.C.
320 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1696 (PLF) |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## Order

Pursuant to Plaintiff's Consent Motion for Leave to File an Amended Complaint and the entire record herein, it is this _____ day of January, 2006, hereby:

ORDERED, that Plaintiff's Consent Motion for Leave to File an Amended Complaint is hereby GRANTED.

.

_____
Hon. Paul L. Friedman
United States District Judge
for the District of Columbia