UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL,  )<br>　　　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)    C.A. No. 05-1696<br>　　　　　　　　　　　　　　　　　　)    Judge Paul L. Friedman<br>　　　　　　　　　　　　　　　　　　)<br>WASHINGTON METROPOLITAN AREA )<br>　　TRANSIT AUTHORITY,　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Defendant.　　　　　　　　　　　) | |

**CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

COMES NOW, the Defendant Washington Metropolitan Area Transit Authority ("WMATA"), to move this Court for entry of an Order granting the parties an extension of time to complete discovery and file dispositive motions. The discovery deadline is currently May 22, 2006, and the dispositive motions deadline is currently July 6, 2006. The parties request a new discovery deadline of September 1, 2006 and a new dispositive motions deadline of October 16, 2006. This request is occasioned by the continuance until late May of a related case between the parties, also before this Court, case no. 96-2228. Counsel for plaintiff has consented to this motion. The attached proposed Order would also concomitantly extend the time periods for identifying experts and filing an opposition and reply to dispositive motions.

**POINTS AND AUTHORITIES**

This Motion for Extension of Time is authorized by Fed. R. Civ. P. Rule 6 and the inherent authority of this court.

Respectfully submitted,


//s

_____
Bruce P. Heppen, Esq.
Counsel for WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2569

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BHAGWATI P. BANSAL, et al.,        )
                                    )
    Plaintiffs                      )
                                    )
v.                                  )   C.A. No. 05-1696
                                    )   Judge Paul L. Friedman
                                    )
WASHINGTON METROPOLITAN AREA )
    TRANSIT AUTHORITY               )
                                    )
    Defendant.                      )

## ORDER GRANTING CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Upon consideration of Defendant's Consent Motion for Modification of Scheduling Order, and good cause having been demonstrated, it is by the Court this _____ day of March, 2006;

ORDERED that the Consent Motion for Modification of Scheduling Order is GRANTED; and it is

FURTHER ORDERED that the Scheduling Order shall be modified as follows:

Discovery shall be completed by September 1, 2006;

Disclosures of Plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by June 30, 2006;

Disclosures of Defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by August 1, 2006;

Depositions of each party's retained experts shall be completed by September 1, 2006;

and dispositive motions shall be filed on or before October 16, 2006; oppositions by November 16, 2006, and replies, if any, by November 29, 2006.

_____
Paul L. Friedman
UNITED STATES DISTRICT JUDGE