IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BHAGWATI BANSAL                         :
19508 Brassie Place
Gaithersburg, MD 20879,                 :

      Plaintiff,                       :
v.                                                      C.A. No. 05-1696 (PLF)
                                       :
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY                  :
600 5th St., N.W.
Washington, D.C. 20001,                 :

      Defendant.                       :

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT: David J. Shaffer, Bar No. 413484 hereby enters his appearance on behalf of Defendant Washington Metropolitan Area Transit Authority.

                                        Respectfully submitted,

                                      Carol B. O'Keeffe
                                      General Counsel

                                      Mark F. Sullivan #430876
                                      Deputy General Counsel

                                      Bruce P. Heppen #252171
                                      Associate General Counsel
                                      202) 962-2569

                                              /s/
                                      _____
                                      David J. Shaffer #413484
                                      Assistant General Counsel
                                      (202) 962-2820
                                      Attorneys for WMATA
                                      600 Fifth Street, N.W.
                                      Washington, D.C. 20001