### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL, | : |
| Plaintiff, | : |
| v. | C.A. No. 05 - 1696 (PLF) |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

### PROPOSED SCHEDULING ORDER

Comes now counsel for both parties, defendant WMATA and plaintiff Bansal, and to follow up representations made by counsel to the Court at a status hearing in the case of Bansal v. WMATA, No. 96-2228 submit the attached proposed Order to govern scheduling of this case. Under the proposed Order, Defendant shall file a motion for summary judgment and any motion to amend its answer by September 26, 2006. Under the proposed Order, either party may file a motion to stay discovery by September 26, 2006. The parties request that the Court adopt this order to assist in the efficient scheduling and resolution of this case.

Respectfully Submitted,

/s/                                                                                           /s/

Bruce P. Heppen #252171                                       Gary T. Brown, #246314
Associate General Counsel                                     Gary T. Brown & Associates

Attorney for WMATA                                              Attorney for Plaintiff
600 Fifth Street, N.W.                                              320 Maryland Ave., N.E., Suite 100
Washington, D.C. 20001                                         Washington, D.C. 20002
(202) 962-2569                                                        (202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>  AREA TRANSIT AUTHORITY, )<br>)<br>    Defendant. ) | CA No. 05 - 1696<br>Judge Paul L. Friedman |

**ORDER**

Upon consideration of the Proposed Scheduling Order, it is by the Court this \_\_\_ day of _____, 2006:

ORDERED, that Defendant shall file any motion to amend its answer or for summary judgment by September 26, 2006;

ORDERED, that either party may file a motion to stay discovery by September 26, 2006;

ORDERED, that an Opposition to any of these motions shall be filed within 25 days of the date such motion is filed;

ORDERED, that any Reply to any Opposition shall be filed within 15 days of the date the Opposition is filed;

ORDERED, that the previously adopted scheduling order in this case is hereby

1

vacated.

_____
Paul L. Friedman
United States District Court Judge