**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BHAGWATI BANSAL           : | |
|     Plaintiff,    : | |
| v.                                                : | C.A. No. 05-1696 (PLF) |
|                       : | |
| WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY  : | |
|     Defendant.   : | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED ANSWER**

      The Court, having considered Defendant's Unopposed Motion for Leave to File an Amended Answer, and good cause appearing, hereby GRANTS said Motion. The Amended Answer shall be deemed filed as of the date of this Order.

                                                                                 _____

                                                                                 Paul L. Friedman,
                                                                                 United States District Judge