# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BHAGWATI BANSAL                    :

      Plaintiff,                    :

v.                                                    C.A. No. 05-1696 (PLF)

                                    :

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY            :

      Defendant.

## ORDER GRANTING MOTION TO STAY DISCOVERY

The Court, having considered Defendant WMATA's Motion to Stay Discovery

and good cause appearing, IT IS HEREBY ORDERED THAT discovery shall be

STAYED pending resolution of WMATA's Motion for Summary Judgment.


_____

Paul L. Friedman
United States District Judge