**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BHAGWATI BANSAL                          :

      Plaintiff,                          :
v.                                                                C.A. No. 05-1696 (PLF)

                                                        :

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY           :

      Defendant.                          :


**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court, having considered Defendant's Motion for Summary Judgment and

good cause appearing, hereby orders that the Motion be GRANTED and judgment

entered in favor of defendant WMATA.  The complaint is dismissed with prejudice.


_____
Paul L . Friedman
United States District Judge