**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BHAGWATI BANSAL,             :

      Plaintiff,             :
v.                                             C.A. No. 05-1696 (PLF)
                                       :
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,      :

      Defendant.             :

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Plaintiff was employed initially by Defendant WMATA in 1981 as a Mechanical Engineer. Complaint ¶ 7.

2. In October 1994, Plaintiff was demoted to a position as a BUSV Management Assistant (TA-11) from a Capital Program Cooerdinator (TA-20) position. Complaint ¶ 8.

3. On November 13, 2003, WMATA notified Plaintiff that his job was being eliminated as part of a reduction in force due to business circumstances and organizational goals to be effective January 10, 2004. Complaint, ¶ 13.

4. Plaintiff submitted a request for early retirement on January 16, 2004, to be effective February 1, 2004. See Exhibits 1 and 2 hereto.

5. Plaintiff retired on February 1, 2004.

6. Plaintiff first filed a charge with the Equal Employment Opportunity Commission ("EEOC") relating to his reduction in force on June 28, 2004, 230 days after

notification of his reduction in force.  Exhibit 3 hereto, EEOC charge of discrimination.

    Respectfully submitted,

    Carol B. O'Keeffe
    General Counsel


    Mark F. Sullivan #430876
    Deputy General Counsel


    Bruce P. Heppen #252171
    Associate General Counsel
    (202) 962-2569

    _____/s/_____
    David J. Shaffer #413484
    Assistant General Counsel
    (202) 962-2820


    600 Fifth Street, N.W.
    Washington, D.C. 20001
    Attorneys for WMATA