# WMATA RETIREMENT PLAN
## C/O WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
### 600 FIFTH STREET, NW
### WASHINGTON, DC 20001

## APPLICATION FOR RETIREMENT INCOME

To: The WMATA Retirement Plan Committee
600 Fifth Street, NW
Washington, DC 20001

From: **BHAGWATI P BANSAL**
Address: **19508 BRASSIE PL**
Address: **MONTGOMERY VILLAGE**
Address: **MD- 20886**

SSN: **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**
Phone No.( **301** ) **977-2940**

Dear WMATA Retirement Plan Committee:

I hereby apply for retirement benefits in accordance with the provisions of Article III, IV, V and XV as applicable, of the WMATA Retirement Plan.

I am/was a full-time salaried employee of the Authority, employed as a **Bus Management Assistant** in the Office of **BMNT**.

I believe that I am eligible for retirement because I was born on **March 15, 1947** and am now **56** years old. I have had continuous service with the Authority (or its predecessors) for **22** years, since my date of hire on **Jun 15, 1981**.

I would like my retirement to become effective on the first day of **February, 2004** after stopping work on **January 9, 2004**.

Very truly yours,

**B. P. Bansal**
Signature

**Jan 16, 2004**
Date

**Shashi Bansal**
Witness

**Jan 16, 2004**
Date