# WMATA RETIREMENT PLAN
## c/o WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## 600 Fifth Street, NW
## Washington, DC 20001
### APPLICATION FOR CONTINUED INSURANCE COVERAGE

**NAME OF PENSIONER:**
Bhagwati P. Bansal

*RETIREMENT FILE*

**DATE OF BIRTH:**
March 15, 1947

**Effective Date**
February 1, 2004

**Type of Retirement:** ☐ Normal   ☒ Early   ☐ Disability

**Plan:**

☐ Kaiser Permanente
☐ OCI
☐ Cigna PPO
☒ Cigna Indemnity
☐ BCBS
☐ I refuse continuation of health coverage

**Coverage Level:**

Individual _____
☐ Employee + One _____
☒ Family  $175.00

**Dental (COBRA) Optional:**
(Eligible for 18 months)
☐ Individual         $30.54
☐ Employee+One   $58.87
☒ Family              $93.17
☐ I refuse continuation of dental coverage
☐ N/A

**Total Insurance Premium  $304.65**

**Life Insurance Coverage:** Basic, Supplemental and Spousal life insurance coverages are available to those who were already enrolled at the time of retirement. The life insurance coverages are subject to an annual 10% reduction starting at age 66 and continues at that dollar reduction until it reaches $10,000.

I. Basic Life Coverage of **$ 32,000** which is paid by the Authority.

II. Supplemental Optional Life Coverage in the amount of **$64,000** can be retained at a cost of **$ 36.48**.

I elect to participate __X__ ; ~~not to participate~~ _____ in the optional plan. (In order to participate, you must have had this coverage as an employee.)

Witness: Joyce White

Signature: B. P. Bansal
Address: 19508 BRASSIE PL
MONTGOMERY VILLAGE
Social Security #: 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
Telephone: (301) 977-2940