UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL,             )<br>                              )<br>       Plaintiff,            )<br>                              )<br>   v.                         )<br>                              )<br> WASHINGTON METROPOLITAN AREA )<br> TRANSIT AUTHORITY,           )<br>                              )<br>       Defendant.            )<br>                              ) | Civil Action No. 05-1696 (PLF) |

### ORDER

Upon consideration of defendant's motion to stay discovery, plaintiff's opposition to the motion and defendant's reply, it is hereby

ORDERED that defendant's motion to stay discovery in this case pending resolution of defendant's motion for summary judgment is GRANTED without prejudice, however, to the plaintiff's right to file a motion under Rule 56(f) of the Federal Rules of Civil Procedure if, at that time, he believes in good faith that such a motion is required in connection with his response to the motion for summary judgment.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 7, 2006