UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 05-1696 (PLF) |
| WASHINGTON METROPOLITAN | * |
| AREA TRANSIT AUTHORITY, | * |
| | * |
| Defendant. | * |
| _____ | * |

### PLAINTIFF BANSAL'S CONSENT MOTION
### FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

Plaintiff Bansal, by and through his counsel, seeks this Court's approval of his Motion for Extension for one (1) additional day or until September 12, 2006 to file his Opposition to Defendant's Motion for Summary Judgment. Counsel for Mr. Bansal has been engaged in the preparation of several filings in other pending matters. Also, while preparing his opposition, Plaintiff's counsel recognized an issue that required additional consideration and preparation that would extend beyond the Court's original deadline. Counsel seeks the brief additional time to adequately prepare his opposition to Defendant's motion.

Plaintiff has contacted Defendant's counsel, who consents to the extension. Further, Defendant will be caused no harm due to this short delay.

This Court's Article III status and Rule 16, Fed. R. Civ. P. provide the authority necessary to grant Plaintiff's motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant his motion and extend time to file his Opposition to Defendant's Motion for Summary

Judgment until September 12, 2006.

                                      Respectfully submitted,

                                      _____

                                      Gary T. Brown  
                                      D.C. Bar No 246314  
                                      Gary T. Brown & Associates, P.C.  
                                      320 Maryland Ave., NE  
                                      Washington, D.C. 20002  
                                      (202) 393-4900  
                                      Attorney for Plaintiff Bansal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL,          ) | |
| Plaintiff,                            ) | |
| v.                                     ) | Civil Action No. 05-1696 (PLF) |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| Defendant.                        ) | |

ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File his Opposition to Defendant's Motion for Summary Judgment, it is this _____ day of September, 2006, hereby

ORDERED, that Plaintiff's Consent Motion for Extension of Time to File his Opposition to Defendant's Motion for Summary Judgment by September 12, 2006, is hereby GRANTED.

_____
Paul L. Friedman
United States District Judge
for the District of Columbia