

# Washington Metropolitan Area Transit Authority

600 Fifth Street, N.W., Washington, D.C. 20001
(202) 962-1234



March 20, 1992

Mr. Bhagwati P. Bansal
17150 Downing Street
Apartment #101
Gaithersburg, Maryland  20877

Dear Mr. Bansal:

I regret to inform you that your position, Project Engineer (Facilities) will be abolished on May 4, 1992 due to a reorganization in the Department of Rail Service and you will be laid-off at the end of the day, May 4, 1992 unless you are assigned to another position.

In compliance with the OPIEU, Local 2 Agreement, Article VIII, Lay-off and Recall, you have bumping rights throughout the Local 2 bargaining unit within your current grade and lower grades provided you have seniority and qualifications for other positions.

Please schedule a conference with Mr. Tim Traylor (202-962-1521) or a member of his staff immediately and submit to Mr. Traylor a resume and a list of other positions for which you feel qualified.

Your credentials will be reviewed and you will be assigned to the position requested provided you have seniority and qualifications. The Office of Personnel and Training will confirm your seniority and determine your qualifications for other positions within the Authority.

We regret the necessity of this action and urge you to contact the Office of Personnel and Training as soon as possible.

Sincerely,

Luther C. Williams
Manager, Employment Services
Office of Personnel and Training

B P. Bansal          3/24/92
Signature            Date

cc: RAIL - Fady Bassily
    Local 2 - Richard Klein
    LABR - Robert Dickerson
    ACCT - Phillip Martin
    PERS - Timothy Traylor
    Personnel File



PLAINTIFF'S EXHIBIT 6

A PUBLIC TRANSPORTATION PARTNERSHIP OF THE DISTRICT OF COLUMBIA, MARYLAND AND VIRGINIA

**M metro** G26277

Washington Metropolitan Area Transit Authority

## Personnel Action Report

| EMPLOYEE NO. (3-8) | | NEW ☐ | CHANGE ☒ | | DATE 05-20-92 |
|---|---|---|---|---|---|
| 035311 | | | | | |

| EMPLOYEE NAME | | | UNION LOCAL (61-64) | LOCATION CODE (65-68) | OFFICE/DIV. | CODE (69-72) |
|---|---|---|---|---|---|---|
| LAST (11-30) BANSAL | FIRST (31-44) Bhagwati | MIDDLE (45-58) | '92 0002 | 0157 | RAIL | 7140 |

| ADDRESS (9-33) | CITY (34-48) | STATE (52-53) | ZIP CODE (54-58) | TELEPHONE (59-68) |
|---|---|---|---|---|

| EFFECTIVE DATE (9-14) | TYPE OF PERSONNEL ACTION | ACTION TYPE (15-16) | INS. CD. (17) | TYPE OF EXEMPT (19) | PAY CYCLE (20) | SHIFT (21) (22) | STATUS CODE (23) |
|---|---|---|---|---|---|---|---|
| 05-23-92 | TRANSFER | | | | | | |

| SOCIAL SECURITY NO. (24-32) | BIRTH DATE (33-38) | VACATION DATE (39-44) | DATE REPORTED (45-50) | SENIORITY SEQ. CODE (51-54) | SENIORITY DATE (55-60) |
|---|---|---|---|---|---|

**PRESENT OR NEW POSITION**

| GRADE & STEP (12-15) | CLASS CODE (16-19) | POSITION TITLE (20-39) | ANNUAL SALARY | OCCUP. CODE (40-41) | POS. LINE CONTROL (42-45) | REVIEW CYCLE (77-79) |
|---|---|---|---|---|---|---|
| 20-06 | 3144 | CAPITAL PROGRAM COORDINATOR | $52,694 | 02 | 0040 | |

| BI-WEEKLY SALARY (12-18) | BASE RATE (19-24) | PREMIUM RATE (25-30) | | | | |
|---|---|---|---|---|---|---|

**PREVIOUS POSITION**

| GRADE & STEP | POSITION TITLE | ANNUAL SALARY | OFFICE CODE |
|---|---|---|---|
| 20-06 | PROJECT ENGINEER | $52,694 | |

**PERSONNEL DATA**

HMRS USE ONLY

| YRS. OF SCHOOL (12-13) | YRS. OF COLLEGE (14-15) | DEGREE CODE (16-17) | MAJOR CODE (18-19) | DEGREE RECEIVED (20-39) | MAJOR FIELD |
|---|---|---|---|---|---|

| DEGREE CODE (40-41) | MAJOR CODE (42-43) | OTHER DEGREE RECEIVED (44-63) | MAJOR FIELD | COMPLIANCE CODE (64-65) |
|---|---|---|---|---|

| FOREIGN LANGUAGE | FOREIGN LANGUAGE CODE (66-68) |
|---|---|

**TERMINATION OF EMPLOYMENT** (Give details under remarks or on separate attachment)

| LAST WORKING DAY (9-14) | ELIGIBLE FOR RE-EMPLOYMENT ☐ YES ☐ NO | TERMINATION CODE (73-74) |
|---|---|---|

| OFFICE SUMMARY EVALUATION ▶ | ☐ OUTSTANDING ☐ VERY GOOD | ☐ ACCEPTABLE ☐ MARGINAL | ☐ UNSATISFACTORY ☐ OTHER (Explain in remarks) | EVALUATION CODE (75-76) |
|---|---|---|---|---|

**REMARKS**

PLAINTIFF'S EXHIBIT

**APPROVALS**

| DIRECTOR /OCZR John J. Flynn DATE 6/3/92 | DIRECTOR (FORMER) /RFOS Terry A. Consavage DATE 6-3-92 | ASSISTANT GENERAL MANAGER /RAIL Fady P. Bassily DATE 6-3-92 |
|---|---|---|
| AGM-HMRS Barbara A. Grier DATE 6/11/92 | DIRECTOR OF PERS R. Warren Eisenhower DATE 6/10/92 | GENERAL MANAGER David L. Gunn DATE 6/11/92 |

9.95 (Rev. 3/83)  WHITE—HMRS  GREEN—MISV  YELLOW—ACCT/PAYROLL  PINK—EMPLOYEE  GOLD—OFFICE

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




**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW  Washington, DC 20001-2693

(202) 962-1234

September 9, 1994

Mr. Bhagwati P. Bansal
19508 Brassie Place
Gaithersburg, MD 20879

Dear Mr. Bansal:

I regret to inform you that your position, CIP Program Coordinator, L2-20, will be abolished on November 7, 1994, due to a reorganization of the Departments of Bus and Rail Service.

In compliance with the OPEIU, Local 2 Agreement, Article VIII, Lay-off and Recall, you have bumping rights throughout the Local 2 bargaining unit within your current grade and lower grades provided you possess the required seniority and qualifications. The Office of Personnel and Training (PERS) will assist you in the pursuit of another position. However, you must submit a resume and a list of positions for which you feel qualified. Please schedule a conference with Claudia Gault, Supervisor, Employment Services at (202) 962-2236, immediately to discuss your qualifications.

If another position is not available at the end of the day November 7, 1994, you will be laid-off. The Authority will continue to pay its share of health insurance coverage through December 31, 1994, provided you pay your share. Thereafter, you may continue insurance coverage for a period of two years by paying 100% of the WMATA Group rate. Should you desire to continue health insurance coverage, you should contact Marlene Ruston, PERS Compensation and Benefits Branch at (202) 962-2818. Additionally, if you are enrolled in the Deferred Compensation Plan, Bertha Morton at (202) 962-2241, can help you with the withdrawal of your funds.

Your seniority date in Local 2 OPEIU is June 15, 1981. Therefore, you are eligible for three (3) months severance pay. A check will be mailed to you from the Office of Treasurer. You may also qualify for unemployment compensation.

You will be placed on a recall list for two years and you will receive a list of all vacancies. However, it is your responsibility to notify this office of any change of address. Should your position, CIP Program Coordinator, L2-20, become available within two years from your date of lay-off, you will be recalled. Otherwise to be considered for other vacancies you must officially apply.

CONFIDENTIAL
WA3 000476

A PUBLIC TRANSPORTATION PARTNERSHIP OF THE DISTRICT OF COLUMBIA, MARYLAND AND VIRGINIA



PLAINTIFF'S EXHIBIT

Page Two

      We regret the necessity of this action and urge you to contact the Office of Personnel and Training as soon as possible.

                                  Sincerely,

                                  Barbara A. Grier
                                Assistant General Manager
                                Department of Human Resources

Sign below to acknowledge receipt of this letter:

Name: _S.P. Bauer_____ Date: _9/9/94_

cc:    Fady P. Bassily
        Richard Klein
        Robert W. Dickerson, Jr.
        Philip Martin
        Rachel Spaght
        Personnel File

CONFIDENTIAL
WA3 000477

CDRIVE\WPWIN60\WPDOC... Case 1:05-cv-01696-PLF   Document 26-4   Filed 09/12/2006   Page 5 of 6



# Washington Metropolitan Area Transit Authority

=================== MEMORANDUM ===================

SUBJECT: Job Reassignment                          DATE: October 20, 1994

FROM: BUSV - LeRoy R. Bailey, Jr.

TO: BUSV - Bhagwati Bansal

    I have been advised by the Office of Personnel and Training that your job applications, either for advertised positions or to exercise your Local 2 bumping rights, have been reviewed by the hiring offices and determined that you were not the best qualified applicant to fill the vacancy.

    I am prepared to offer you a job reassignment as Management Assistant, TA16. Please indicate below your acceptance/non-acceptance of this offer.

    Your non-acceptance of this position indicates your desire to accept the reduction-in-force in accordance with the Local 2 OPEIU, Contract.

Acceptance/~~Non-Acceptance~~   _B. P. Bansal_   _10/20/94_
                                    Signature           Date

cc: PERS - C. Gault
     RAIL - C. Thorne



PLAINTIFF'S EXHIBIT G

# M metro

## PERSONNEL ACTION REPORT

11/8/94

## SECTION 1: TYPE OF PERSONNEL ACTION

DATE: 10-21-94

### Employment Actions

| | Effective Date | | Effective Date |
|---|---|---|---|
| ☐ New Hire | | ☐ Demotion | |
| ☐ Reinstatement | | ☐ Leave Without Pay | |
| ☐ Promotion | | ☐ Return to Duty | |
| ☐ Transfer | | ☐ Suspension | |
| ☒ Reassignment | 11-08-94 | ☐ Medical Leave | |
| ☐ Other _____ | | | |

(Explain in Remarks)

### Compensation Actions

| | Effective Date | | Effective Date |
|---|---|---|---|
| ☐ Title Change | | ☐ Merit Increase | |
| ☐ Longevity | | ☐ Salary Step Increase | |
| ☐ Acting Promotion | | ☐ Salary Increase | |
| ☐ Disability Leave | | ☐ Salary Adjustment | |
| ☐ Reclassification | | ☐ Termination of Acting Promotion | |
| ☐ Progression | | | |
| ☐ Other _____ | | | |

(Explain in Remarks)

## SECTION 2: EMPLOYEE INFORMATION

| Employee Number | Dist/Code | Social Security Number | Date of Hire | Home Phone Number | Birth Date |
|---|---|---|---|---|---|
| 035311 | | | | | |

| Last Name | First Name | Middle Name |
|---|---|---|
| Bansal | Bhagwati | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Position Title | Class Code | Line Control No. | ☒ Regular | ☒ Full Time | ☒ Rep |
|---|---|---|---|---|---|
| Capital Program Coordinator | 3144 | 0040 | ☐ Temporary | ☐ Part Time | ☐ Non-Rep |

| Dept/Office | Office Code | Location Code | Union Code | Shift | Hours |
|---|---|---|---|---|---|
| RAIL/RCIP | 7140 | 0157 | 0002 | | |

| Salary: | Grade/Step | Reports to (Name and Title) |
|---|---|---|
| $ 58,986 | 20-06 | Edgar C. Green, Jr., Acting Mngr RCIP |

## SECTION 3: STATUS CHANGE

| New Position Title | Class Code | Line Control No. | ☒ Regular | ☒ Full Time | ☒ Rep |
|---|---|---|---|---|---|
| Bus Management Asst. | 7215 | 0005 | ☐ Temporary | ☐ Part Time | ☐ Non-Rep |

| Reports to (Name and Title) | Last Day Worked | Dist/Code |
|---|---|---|
| Gen. Supt. Bus Maintenance | | |

| Dept/Office | Office Code | Location Code | Union Code | Shift | Hours |
|---|---|---|---|---|---|
| BUSV | 6100 | 0153 | 0002 | | |

## SECTION 4: SALARY CHANGE

| From (Annual) Salary: | Grade/Step | To (Annual) Salary: | Grade/Step | From (Hourly) Salary: | To (Hourly) Salary: |
|---|---|---|---|---|---|
| $ 58,986 | 20-07 | $ 51,078 | 16-10 | $ | $ |

| Amount of Increase | % of Increase | Reason for Change |
|---|---|---|
| $ | | ☐ Salary/Step ☐ Promotion ☐ Other |

| From (Annual) Salary: | Grade/Step | To (Annual) Salary: | Grade/Step | From (Hourly) Salary: | To (Hourly) Salary: |
|---|---|---|---|---|---|
| $ | | $ | | $ | $ |

| Amount of Increase | % of Increase | Reason for Change |
|---|---|---|
| $ | | ☐ Salary/Step ☐ Promotion ☐ Other |

| Date of Last Increase | Amount of Last Increase | % of Last Increase | Reason for Change |
|---|---|---|---|
| $ | | | ☐ Salary/Step ☐ Promotion ☐ Other |

## SECTION 5: FOR PERS USE ONLY

| Seniority Date | Seniority Seq. No. | Vacation Date | Anniversary Date | Next Review Date | Action Status |
|---|---|---|---|---|---|
| | | | | | |

## SECTION 6: APPROVAL

| Office Director | Date | Department AGM LeRoy R. Bailey, Jr. | Date 10-24-94 |
|---|---|---|---|
| Director of PERS | Date | AGM Human Resources Barbara A. Grier | Date 10-26-94 |
| General Manager Lawrence G. Reuter | | Fady P. Bassily | Date 10-26-94 |

## SECTION 7: REMARKS

PREVIOUS POSITION ABOLISHED IN ACCORDANCE WITH REORGANIZATION. EMPLOYEE BEING PLACED IN BUS MANAGEMENT ASST. POSITION AS A L2-16

PLAINTIFF'S EXHIBIT 10

9.96 (Rev. 7/92)   WHITE-PERS   CANARY-ACCT/PAYROLL   PINK-EMPLOYEE   GOLD-OFFICE