# GARY T. BROWN & ASSOCIATES

*Attorneys at Law*
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

Gary T. Brown*
Karen J. Marcus°

*Admitted:*
*District of Columbia &
Maryland Federal Courts
°Maryland & Virginia

October 21, 2003

Bruce Heppen, Esq.
Office of General Counsel
WMATA
600 Fifth St., NW
Washington, D.C. 20001

Sent by first class mail and email

Re: Request for Bhagwati Bansal to temporarily telecommute

Dear Mr. Heppen:

My client, Mr. Bhagwati Bansal, had triple bypass heart surgery on August 21, 2003 and is recouperating at home. His cardiologist, Dr. Lawrence Satin, has recommended that Mr. Bansal work with his employer to establish a period of telecommuting as a much less stressful method of transitioning back into the work place. Although total recuperation is still necessary, he wanted to provide WMATA ample time to explore this accommodation.

Mr. Bansal's work requires infrequent interaction with his supervisors Deborah Hans and Philip Wallers and there could be a regular schedule set up, if desired, for teleconferences. Of course, Mr. Bansal would be available for calls whenever the need arises, but most of his scheduling work is performed on a computer which could be connected to WMATA. There is no part of Mr. Bansal's job which requires a personal presence at the worksite to complete.

Mr. Bansal is still suffering from a good deal of pain. As it subsides and his strength returns, Mr. Bansal will be able to return to being a productive WMATA employee, but the need to commute to work will slow the process. His doctor has informed him that he will be strictly limited on the time he may spend driving a car and even when it increases enough to get him back and forth to the job site, his doctor has warned him about the additional stress of rush hour traffic. Mr. Bansal has provided me with his doctor's statement that telecommuting is "highly recommended" because of the stress of commuting to work, which is enclosed.

If there is further information you need, please let me know.

Sincerely,



Gary Brown



PLAINTIFF'S
EXHIBIT
11

Phone: (202) 393-4900 * Facsimile: (202) 393-4903 * Toll Free: (866) 663-2235
Email: gtbfirm@garytbrown.com * Website: www.GaryTBrown.com

FROM THE DESK OF
**LAWRENCE Z. SATIN, M.D.**

9/30/03

Re: Bhagwati Bansal

~~Due~~ to cardiac condition: Recent coronary by-pass. Highly recommended that if patient can telecommute it would be by far best to reduce stress on a daily basis.

*Lawrence Z. Satin, M.D.*



November 13, 2003

Mr. Bhagwati P. Bansal
19508 Brassie Pl
Gaithersburg, MD 20879

Dear Mr. Bansal:

I regret to inform you that your position, BUSV Management Assistant, L2-16, will be abolished on January 10, 2004, as necessitated by business circumstances and organizational goals in the Department of Operations.

In compliance with the OPEIU, Local 2 Agreement, Article VIII, Lay-off and Recall, you have bumping rights throughout the Local 2 bargaining unit within your current grade and lower grades provided you possess the required seniority and qualifications. You shall have **five (5) working days** from the receipt of this letter to exercise your bumping rights. The Office of Human Resource Management and Planning (HRMP) will assist you in the pursuit of another position. Please schedule a conference with Roslyn Rikard, Employment Program Specialist, at (202) 962-1396, immediately to discuss your qualifications. You must submit to Ms. Rikard a resume and a list of positions for which you feel qualified.

You are also eligible to participate in a Career Management Workshop to assist you in continuing your career. You may schedule your workshop attendance when you meet with HRMP, or through the HRMP Training Branch at 202-962-1069.

If another position is not available at the end of the day January 10, 2004, you will be laid-off. The Authority will continue to pay its share of health insurance coverage through March 31, 2004, provided you pay your share. Thereafter, you may continue insurance coverage for a period of two years paying 102% of the WMATA Group rate. Should you desire to continue health insurance coverage, you should contact Carolyn Conquest, HRMP Compensation and Benefits Branch at (202) 962-2249. Additionally, if you are enrolled in the Deferred Compensation Plan, Wanda Mims at (202) 962-2295, can help you with the withdrawal of your funds.

Washington
Metropolitan Area
Transit Authority

[address block illegible]

PLAINTIFF'S
EXHIBIT
12

Mr. Bansal
Page Two

Your hire date is June 15, 1981. Therefore, you are eligible for twenty-six (26) weeks severance pay. A check will be mailed to you from the Office of the Treasurer. You may also qualify for unemployment compensation.

You will be placed on a recall list for two years and you will receive a list of all job vacancies. However, it is your responsibility to notify this office of any change of address. Should your position, BUSV Management Assistant, L2-16, become available within two years from your date of lay-off, you will be recalled. Otherwise, to be considered for other vacancies, you must officially apply.

We regret the necessity of this action and urge you to contact the Office of Human Resource Management and Planning as soon as possible.

Sincerely,

*Katrina J. Wiggins*

Katrina Wiggins
Director
Office of Human Resource
  Management and Planning


Sign below to acknowledge receipt of this letter.


Name:_____    Date:_____

cc:    OPER    -  J. Gallagher
       BMNT    -  P. Wallace
                  D. Hans
       Local 2 - T. O'Connor
       LABR    -  D. Froelke
       ACCT    -  J. Simpson
       CIVR    -  C. Myers
       HRMP    -  J. Davis
                  R. Rikard
       RIFCOM
       Personnel File

**From:** "Bhagwati Bansal" <bhagwati_bansal@excite.com>
**To:** <rrikard@wmata.com>
**Date:** 11/21/2003 8:37:53 AM
**Subject:** RIF LETTER

To Roslyn RikardProgram SpecialistOffice of Human Resources Dear Ms Rikard I am confirming my conversation with you yesterday (11/20/20030, pertaining to the my RIF notice which I received on November 19, 2003. By calling you yesterday, and writing this e-mail, I have complied the requirement of contacting you within 5 days as you were in agreement with me. Just a reminder as you promise to send me the list of vacant position and also a list of all the positions which I am eligible to exercise my bumping rights. Thank you very much. SincerelyBhagwati P BansalTele# (301) 977-2940

---

Join Excite! - http://www.excite.com
The most personalized portal on the Web!



PLAINTIFF'S EXHIBIT 13

RIFACTIVITY

| | APPLICATION(S) SUBMITTED | Q/NQ | TEST RESULTS | DISPOSITION |
|---|---|---|---|---|
| BANSAL, Bhagwati<br>035311   Local 2   WM<br>BMNT/BMNA<br>BUSV Management Asst.,<br>#7215<br>TA-16-2A<br>Hire Date: 06-15-1981<br>Seniority Date: 06-15-1981<br>RIF Date: 01-10-2004 | | | | RIF letter dated 11-13-03. |
| | | | | Early Retirement, 02-01-2004. |
| | SMNT Management Asst, #7208, L2-16, SMNT | | | Bump request dated 01-02-2004. **Not qualified** per S. Burgess, 01-06-2004. |
| | Budget Fund Program Asst, #5983, L2-16, CAPM | | | Bump request dated 01-02-2004. **Not qualified** per N. Grzesik, 01-06-2004. |
| | Transportation Research Analyst, #1297, L2-16, .COM/MKTG | | | Bump request dated 01-02-2004. **Not qualified** per D. Murray, 01-05-2004. |
| | CMS Support Asst, #2284, L2-16, PRMT | | | Bump request dated 01-05-2004. **Not qualified** per B. Strong, 01-05-2004. |
| | Cont Doc Analyst - DECO, #2454, L2-16, CAPM | | | Bump request dated 01-02-2004. **Not qualified** per H. Lupia, 01-08-2004. |
| | Service Dispatcher, #5325, L2-16, SMNT | | | Bump request dated 01-02-2004. |



PLAINTIFF'S EXHIBIT 14

| RIFACTIVITY | APPLICATION(S) SUBMITTED | Q/ NQ | TEST RESULTS | DISPOSITION |
|---|---|---|---|---|
| BANSAL, Bhagwati<br>035311  Local 2   WM<br>BMNT/BMNA<br>BUSV Management Asst.,<br>#7215, TA-16-2A<br>Hire Date: 06-15-1981<br>Seniority Date: 06-15-1981<br>RIF Date: 01-10-2004 | Service Dispatcher, #5325, L2-16, SMNT | | | Bump request dated 01-02-2004. |
| | CMNT Management Asst, #7210, L2-16, CMNT | | | Bump request dated 01-02-2004. |
| | Bus Operations Analyst, #8415, L2-16, OPAS | | | Bump request dated 01-02-2004. |
| | Purchase Agent S, #8736, L2-16, PRMT | | | Bump request dated 01-02-2004. |
| | Inventory Plan S, #8748, L2-16, PRMT | | | Bump request dated 01-02-2004. |
| | ADA/Paratransit Spec, #2284, L2-16, ADAP | | | Bump request dated 01-05-2004. |
| | Cash Flow Analyst, #3626, L2-16, TRES | | | Bump request dated 01-02-2004. |

RIFACTIVITY

| | APPLICATION(S) SUBMITTED | Q/NQ | TEST RESULTS | DISPOSITION |
|---|---|---|---|---|
| BANSAL, Bhagwati<br>035311   Local 2   WM<br>BMNT/BMNA<br>BUSV Management Asst.,<br>#7215, TA-16-2A<br>Hire Date: 06-15-1981<br>Seniority Date: 06-15-1981<br>RIF Date: 01-10-2004 | Management Spec, #1077, L2-16, OLIA | | | Bump request dated 01-02-2004. |
| | Accountant S, #8796, L2-16, ACCT | | | Bump request dated 01-02-2004. |
| | Trans Stp/Shelter Coord, #8418, L2-16, OPAS | | | Bump request dated 01-02-2004. |
| | Public Affairs Spec, #0511, L2-16, .COM/MERL | | | Bump request dated 01-02-2004. |
| | Service Dispatcher (E/E), #1780, L2-16, ELES | | | Bump request dated 01-02-2004. |
| | Arts Mntn Tech, #5751, L2-16, CSVC | | | Bump request dated 01-02-2004. |
| | Management Asst, #7214, L2-16, PLNT | | | Bump request dated 01-05-2004. |

| | |
|---|---|
| From: | Thomas L. O'Connor |
| To: | Hamilton, Roberta J. |
| Date: | 01/06/2004 9:47:03 AM |
| Subject: | Bumping Rights, Bhagwati P. Bansal |

** Proprietary **

01/06/04

I spoke with Mr. Bansal about 9:10 AM this morning, Tues., 1/06/04, about his "bumping" situation.

I have noted and pointed out to Mr. Bansal that two of the positions he submitted applications for have qualifications exactly the same as the position (Bus Service Management Assistant TA - 16 Position Code # 7215) he is now in . The two positions are: Rail Car Maintenance Management Assistant, TA - 16 and SMNT Management Assistant, TA - 16.

These two positions are administrative in nature and involve responsibilities that appear to be very similar, if not exactly, the same.

Consequently, Local 2, OPEIU, is of the view that, pursuant to the L-2 Collective Bargaining Agreement, Mr. Bansal should be assigned immediately into one or the other of the positions. His first preference is for the Rail Car Management Assistant position.

Please respond as soon as possible, preferably some time today; "time is of the essence"

Thank you for your assistance in this matter.

CC:         Bansal, Bhagwati P.;  Rikard, Roslyn



PLAINTIFF'S EXHIBIT 15