IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL<br>19508 Brassie Place<br>Gaithersburg, MD 20879, | :<br>:<br>: |
| Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 20001, | :<br>:  C.A. No. 05-1696 (PLF)<br>:<br>:<br>:<br>: |
| Defendant. | |

### DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

Defendant, WMATA, hereby moves for a modification of the Scheduling Order under Fed. R. Civ. P. 16 and the court's inherent power to control its docket in this case on the following grounds:

The current Scheduling Order provides that WMATA file its Summary Judgment Motion by September 26, 2006. WMATA filed said motion on August 17, 2006. Plaintiff had 25 days to respond, received a one day extension of time and responded on September 12, 2006 with an Opposition to the Motion for Summary Judgment, a Rule 56(f) declaration; a Motion to Amend the Complaint and a proposed Second Amended Complaint.

If the Court permits the filing of a Second Amended Complaint, the previously filed Motion for Summary Judgment will be partially moot and will fail to respond to the two new claims for relief in plaintiff's proposed Second Amended Complaint, namely, discrimination on the basis of disability under the Rehabilitation Act of 1973, 29 U.S.C.

§ 794, and 42 U.S.C. § 1983. Rather than addressing these new issues for the first time in a reply to plaintiff's Opposition to the Motion for Summary Judgment, which is currently addressed to the First Amended Complaint, and in Opposition to the Motion to Amend, Defendant WMATA submits that it would be simpler to stipulate to the proposed Amendment, without prejudice, and file a new Motion for Summary Judgment to the Second Amended Complaint in its entirety.

By this Motion, Defendant is also seeking an extension of time to file a reply until the Court rules on the revised Scheduling Order, since it will moot any such reply.

WMATA sought consent of plaintiff's counsel to this Motion, but he declined to consent to this Motion. A proposed Order is attached that mirrors the previous Scheduling Order in this case.

Respectfully submitted,

Carol B. O'Keeffe
General Counsel

Bruce P. Heppen #252171
Associate General Counsel
(202) 962-2569

_____/S/_____
David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820

600 Fifth Street, N.W.
Washington, D.C. 20001
Attorneys for Defendants WMATA et al.
