UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>  AREA TRANSIT AUTHORITY, )<br>)<br>    Defendant. ) | CA No. 05 - 1696<br>Judge Paul L. Friedman |

**ORDER**

Upon consideration of the Proposed Scheduling Order, it is by the Court this _____ day of _____, 2006

Plaintiff's Second Amended Complaint shall be deemed filed as of the date of this Order;

Defendant WMATA shall file any Summary Judgment Motion addressed to plaintiff's Second Amended Complaint by October 16, 2006;

Plaintiff shall have 25 days to respond to said Motion;

Defendant shall have 15 days to Reply to Plaintiff's Opposition;

The Order Staying Discovery shall remain in effect without prejudice, however, to the plaintiff's right to file a motion under Rule 56(f) of the Federal Rules of Civil Procedure if, at that time, he believes in good faith that such a motion in required in connection with his response to the motion for summary judgment.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge