UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BHAGWATI P. BANSAL,

    Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

    Defendant.

Civil Action No. 05-1696 (PLF)

## ORDER

Pursuant to Plaintiff's unopposed Motion for Leave to File a Second Amended Complaint and the entire record herein, it is this 17th day of October, 2006, hereby:

ORDERED, that Plaintiff's Motion for Leave to File a Second Amended Complaint is hereby GRANTED and it is FURTHER ORDERED that Plaintiff's Second Amended Complaint now lodged with the Clerk of the Court be filed.

*Paul L. Friedman* (signature)
**Hon. Paul L. Friedman**
United States District Judge
for the District of Columbia