UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BHAGWATI P. BANSAL, )
)
Plaintiff, )
)
v. ) CA No. 05 - 1696
) Judge Paul L. Friedman
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY, )
)
Defendant. )

### ORDER

Upon consideration of the Proposed Scheduling Order, it is by the Court this 17th day of October, 2006

Plaintiff's Second Amended Complaint shall be deemed filed as of the date of this Order;

Defendant WMATA shall file any Summary Judgment Motion addressed to plaintiff's Second Amended Complaint by November 10, 2006;

Plaintiff shall have 25 days to respond to said Motion;

Defendant shall have 15 days to Reply to Plaintiff's Opposition;

The Order Staying Discovery shall remain in effect without prejudice, however, to the plaintiff's right to file a motion under Rule 56(f) of the Federal Rules of Civil Procedure if, at that time, he believes in good faith that such a motion in required in connection with his response to the motion for summary judgment.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge