IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BHAGWATI BANSAL,                  :

      Plaintiff,                  :
v.                                                         C.A. No. 05-1696 (PLF)
                                              :
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,            :

      Defendant.                  :

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1    Plaintiff was employed initially by Defendant WMATA in 1981 as a Mechanical Engineer.  Complaint ¶ 7.

2.    In October 1994, Plaintiff was demoted to a position as a BUSV Management Assistant (TA-11) from a Capital Program Cooerdinator (TA-20) position. Complaint ¶ 8.

3.    On November 13, 2003, WMATA notified Plaintiff that his job was being eliminated as part of a reduction in force due to business circumstances and organizational goals to be effective January 10, 2004.  Complaint, ¶ 13.

4.    Plaintiff submitted a request for early retirement on January 16, 2004, to be effective February 1, 2004.  See Exhibits 1 and 2 hereto.

5.    Plaintiff retired on February 1, 2004.

6.    Plaintiff first filed a charge with the Equal Employment Opportunity Commission ("EEOC") relating to his reduction in force on June 28, 2004, 230 days after

1

notification of his reduction in force. Exhibit 3 hereto, EEOC charge of discrimination.

        Respectfully submitted,

        Carol B. O'Keeffe
        General Counsel


        Mark F. Sullivan #430876
        Deputy General Counsel


        Bruce P. Heppen #252171
        Associate General Counsel
        (202) 962-2569

        _____/s/_____
        David J. Shaffer #413484
        Assistant General Counsel
        (202) 962-2820


        600 Fifth Street, N.W.
        Washington, D.C. 20001
        Attorneys for WMATA