**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BHAGWATI BANSAL  :  | |
| Plaintiff,  : | |
| v.  | C.A. No. 05-1696 (PLF) |
| : | |
| WASHINGTON METROPOLITAN | |
| AREA TRANSIT AUTHORITY  : | |
| Defendant.  : | |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT**

The Court, having considered Defendant's Motion for Summary Judgment on the Second Amended Complaint and good cause appearing, hereby orders that the Motion be GRANTED and judgment entered in favor of defendant WMATA. The complaint is dismissed with prejudice.

_____
Paul L. Friedman
United States District Judge