# WMATA RETIREMENT PLAN
## c/o WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## 600 Fifth Street, NW
## Washington, DC 20001

### APPLICATION FOR CONTINUED INSURANCE COVERAGE

NAME OF PENSIONER: **Bhagwati P. Bansal**

DATE OF BIRTH: March 15, 1947

*RETIREMENT FILE*

**Effective Date**
February 1, 2004

Type of Retirement: ☐ Normal   ☒ Early   ☐ Disability

**Plan:**
- ☐ Kaiser Permanente
- ☐ OCI
- ☐ Cigna PPO
- ☒ Cigna Indemnity
- ☐ BCBS
- ☐ I refuse continuation of health coverage

**Coverage Level:**
- Individual _____
- ☐ Employee + One _____
- ☒ Family $175.00

**Dental (COBRA) Optional:**
(Eligible for 18 months)
- ☐ Individual           $30.54
- ☐ Employee+One    $58.87
- ☒ Family                 $93.17
- ☐ I refuse continuation of dental coverage
- ☐ N/A

**Total Insurance Premium $304.65**

**Life Insurance Coverage:** Basic, Supplemental and Spousal life insurance coverages are available to those who were already enrolled at the time of retirement. The life insurance coverages are subject to an annual 10% reduction starting at age 66 and continues at that dollar reduction until it reaches $10,000.

I.   Basic Life Coverage of **$ 32,000** which is paid by the Authority.

II.  Supplemental Optional Life Coverage in the amount of **$64,000** can be retained at a cost of **$ 36.48**.

I elect to participate **X** ; ~~not to participate~~ _____ in the optional plan. (In order to participate, you must have had this coverage as an employee.)

Witness: Joyce White

Signature: B. P. Bansal
Address: 19508 BRASSIE PL
MONTGOMERY VILLAGE
Social Security #: 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
Telephone: (301) 977-2940