EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2004-00670 |
|---|---|---|

D.C. Office Of Human Rights                                          and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Bhagwati P. Bansal | Home Phone No. (Incl Area Code)<br>(301) 977-2940 | Date of Birth<br>03-15-1947 |
|---|---|---|

Street Address: 19508 Brassie Place, Montgomery Village, MD 20886

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Washington Metropolitan Area Transit Authority (WMATA) | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(202) 962-1234 |
|---|---|---|

Street Address: 600 5th Street, N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-10-2004   Latest: 01-10-2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began employment with WMATA since 1981. During my employment, I have been subjected to disparate treatment and have noticed that white females are treated more favorably than myself and other employees of Indian descent. Because of the disparity in treatment, I have previously filed three EEOC Charges of Discrimination against WMATA. In August, because of a disability, I was required to have surgery and was scheduled to be out on disability until December 1, 2003. Because of complications, around November 1, 2003, my attorney sent a letter to WMATA requesting that I be able to telecommute for six months. On November 13, 2003, I received a letter from Katrina Wiggins, Director of Human Resources informing me that my position was being abolished on January 10, 2004. My former position has since been filled with a white female.

II. The reason given to me for my job being abolished was business circumstances and organizational goals. I was the only Indian working in that department and mine was the only job to be abolished. No reason has been given to me for the disparate treatment.

III. I believe that I have been discriminated against because of my sex, national origin, age and disability in violation of Title VII of the Civil Rights Act of 1964; the Age Discrimination in Employment Act (ADEA) of 1963; and the Americans with Disabilities Act (ADA) of 1990, as amended. I further believe that I have been retaliated against for previously filing EEOC complaints against WMATA, in violation of Title VII of the Civil Rights Act of 1964, and the ADEA, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jun 28, 2004
Charging Party Signature: B. P. Bansal

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)