UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI BANSAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1696 (PLF) |

ORDER AND JUDGMENT

For the reasons set forth in the separate Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [31] for summary judgment is GRANTED and judgment is entered for the defendant; and it is

FURTHER ORDERED that this case is dismissed and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 19, 2006