UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAGWATI P. BANSAL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *Civil Action No. 05-1696 (PLF) |
| WASHINGTON METROPOLITAN | * |
| AREA TRANSIT AUTHORITY, | * |
| | * |
| Defendant. | * |
| _____ | * |

ORDER

Upon consideration of Plaintiff's Motion for Reconsideration, it is this _____ day of _____, 2007, hereby ORDERED, that the Motion is granted.

It is FURTHER ORDERED that Plaintiff's civil action be reinstated.

_____

Paul L. Friedman
United States District Judge