**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BHAGWATI BANSAL : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-1696 (PLF) |
| : | |
| WASHINGTON METROPOLITAN | |
| AREA TRANSIT AUTHORITY : | |
| Defendant. | |

**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiff's Motion for Reconsideration having come before the Court, and considering WMATA's Opposition and any reply thereto, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Reconsideration be DENIED.

_____
Paul L . Friedman
United States District Judge