UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BHAGWATI BANSAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 96-2228 (PLF) |
| BHAGWATI BANSAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1696 (PLF) |

ORDER

Upon consideration of plaintiff's motion for reconsideration of the Court's December 19, 2006 dismissal of plaintiff's claims, and defendant's opposition -- and largely for the reasons stated in the opposition and the entire history of this case -- it is hereby ORDERED that plaintiff's motion is DENIED. See Fox v. American Airlines, Inc., 389 F.3d 1291, 1294-95 (D.C. Cir. 2004); Kattan by Thomas v. District of Columbia, 995 F.2d 274, 277 (D.C. Cir. 1993); Spychalski v. The University Club, Civil Action No. 03-2127, 2005 WL 4908964 (D.D.C. Feb.

25, 2005); Maupin v. U.S. Dep't of Energy, Civil Action No. 03-1156, 2005 WL 3211883 (D.D.C. Nov. 18, 2005). All other pending motions and requests are DENIED as moot.

SO ORDERED.

_/s/________________________________
PAUL L. FRIEDMAN
United States District Judge

DATE: February 15, 2007